a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| AKEEM OLAJIDE GIDADO, Petitioner | CIVIL DOCKET NO. 6:26-CV-00897 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| BRYAN PATTERSON ET AL, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

# MEMORANDUM ORDER

Petitioner Akeem Olajide Gidado ("Gidado") is an immigration detainee at the Pine Prairie ICE Processing Center. On January 31, 2020, an Immigration Judge denied Gidado's applications for adjustment of status and cancellation of removal and ordered him removed to Nigeria. ECF No. 1 at 6. Gidado appealed that decision to the Board of Immigration Appeals ("BIA") on February 27, 2020. ECF No. 15 at 2. Both parties represent that the appeal remains pending. ECF No. 1 at 2; ECF No. 15 at 2-3. However, the record contains no current documentation from the BIA establishing the status of the appeal, and the Executive Office for Immigration Review's online case information system does not reflect a pending appeal or any upcoming hearings.

The record also reflects that Gidado was previously released from ICE custody on a $15,000 immigration bond in October 2012. ECF No.1 at 5; ECF No. 1-8. But the record does not establish whether, when, or on what basis that bond was revoked,

cancelled, or otherwise terminated before Gidado was taken back into ICE custody in February 2026.

Accordingly, IT IS ORDERED that, within **14 days**, the Government shall supplement the record with documentation establishing the status of Gidado's BIA appeal, including whether the appeal remains pending and whether the January 31, 2020 order of removal is administratively final. Respondents should also provide the date and disposition of any BIA decision entered on the appeal, if applicable.

IT IS FURTHER ORDERED that the Government shall provide any documentation concerning the termination or revocation of Gidado's prior bond and identify the legal and factual basis for his re-detention.

SIGNED on Wednesday, September 9, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE